# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 13th day of February, two thousand and fourteen.

Before:     Ralph K. Winter,
                *Circuit Judge.*

_____

Corporacion Mexicana De Mantenimiento Intergral, S. De R.L. De C.V.,

Petitioner-Appellee,

v.

Pemex-Exploraction Y Produccion,

Respondent-Appellant.

**ORDER**

Docket No. 13-4022

_____

The Government of the United Mexican States moves for an extension until February 14, 2014 to file a motion for leave to file an *amicus curiae* brief and the accompanying *amicus curiae* brief.

IT IS HEREBY ORDERED that the motion is GRANTED. No further extensions will be granted.

For the Court**:**

Catherine O'Hagan Wolfe,
Clerk of Court

