# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

 At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of February, two thousand and fourteen.

_____

Corporacion Mexicana De Mantenimiento Intergral, S. De R.L. De C.V.,

Petitioner-Appellee,

v.

Pemex-Exploraction Y Produccion,

Respondent-Appellant.

_____

**ORDER**

Docket No. 13-4022

 The Government of the United Mexican States moves for leave to file an *amicus curiae* brief in support of the Appellant.

 IT IS HEREBY ORDERED that the motion is REFERRED to the panel that will determine the merits of the appeal.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

